UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61761-ROSENBERG

JWR CONSTRUCTION,

   Plaintiff,

v.

UNITED STATES FIRE
INSURANCE COMPANY,

   Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

  This matter is before the Court upon American Impact Windows and Doors LLC's Motion to Intervene, DE 13, which was previously referred to the Magistrate Judge for a Report and Recommendation. On December 6, 2023, the Magistrate Judge issued a Report and Recommendation recommending that the Motion be granted. DE 24. The parties had until December 20, 2023 to file any objections to the Report and Recommendation. No objections appear on file. The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises.

  Upon review, the Court agrees with the analysis in the Magistrate Judge's Report and Recommendation and concludes that American Impact Windows and Doors LLC's Motion should be granted for the reasons set forth therein.

  For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation, DE 24, is hereby **ADOPTED**;

2. American Impact Windows and Doors LLC's Motion to Intervene, DE 13, is **GRANTED**. The Clerk of the Court shall list American Impact Windows and Doors LLC as a Defendant/Third Party Plaintiff.

3. American Impact Windows and Doors LLC shall file its response or answer to the Complaint by up to and including January 4, 2024.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 21st day of December, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record